**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6945**

RICKY GAMBLE,

          Plaintiff - Appellant,

     v.

GEORGE KENWORTHY; WILLIAM BULLARD; OFFICER PORTER; STEVE
BRYAN; OFFICER MILLS; OFFICER HERRING; OFFICER BROWN,

          Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Dever, III,
Chief District Judge.  (5:12-ct-03010-D)

Submitted:  October 17, 2013      Decided:  October 21, 2013

Before AGEE, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Gamble, Appellant Pro Se.  Jodi Harrison, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Gamble appeals the district court's order granting Defendants' summary judgment motion on his 42 U.S.C. § 1983 (2006) action against them. We have reviewed the record and find no reversible error. Accordingly, we deny Gamble's motions for appointment of counsel and affirm for the reasons stated by the district court. Gamble v. Kenworthy, No. 5:12-ct-03010-D (E.D.N.C. May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2